AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.

Joseph Raymond Berger
*Defendant*

Case No. 22-CR-33-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Raymond Berger,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:922(o) - POSSESSION OF A MACHINEGUN

26:5845(a)(6),(b),5861(d), AND 5871 - POSSESSION OF NON-REGISTERED FIREARMS

26:5845(a)(7),5861(d), AND 5871 - POSSESSION OF NON-REGISTERED SUPPRESSORS

Date: 02/01/2022

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2-1-22, and the person was arrested on *(date)* 2-7-22
at *(city and state)* PA.

Date: 2-7-22

ATF
*Arresting officer's signature*

*Printed name and title*