AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br><br>Joseph Paul Berger<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)     Case No.     22-CR-33-2 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joseph Paul Berger  ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:922(o) - POSSESSION OF A MACHINEGUN

26:5845(a)(6),(b),5861(d), AND 5871 - POSSESSION OF NON-REGISTERED FIREARMS

26:5845(a)(7),5861(d), AND 5871 - POSSESSION OF NON-REGISTERED SUPPRESSORS

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

Date:   02/01/2022        Mark Ciamaichelo, Deputy Clerk
                                            *Issuing officer's signature*

City and state:   Philadelphia, PA          Kate Barkman, Clerk of Court
                                                     *Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)*   2-1-22  , and the person was arrested on *(date)*   2-7-22  <br>at *(city and state)*     . | |
| Date:   2-7-22                                    | ATF<br>*Arresting officer's signature*<br><br>*Printed name and title* |